Mae Kleinman, trading as Haskell Finance Company, appellant, v. Herman Severin, appellee. Gen. No. 36,603.

Opinion filed Octo-
ber 10, 1933.

Meyer A. Ginsburg, for appellant. Marovitz & Marovitz, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.